372 October 2, 2024 No. 708

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHESTER BRENT PARADISO,
aka Bretn Chester Paradiso, aka Brent Chester Paradiso,
*Defendant-Appellant.*

Umatilla County Circuit Court
21CR31664; A180573

Daniel J. Hill, Judge.

Submitted September 5, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Bruce A. Myers, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Straub*, 322 Or App 393, 520 P3d 915 (2022), *rev den*, 370 Or 827 (2023).